**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2018

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Darryl Bowie</u>
     **17 Cr. 790 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court adjourn the upcoming status conference in the above-captioned case, which is currently scheduled for June 29, 2018, for approximately 3 weeks. The parties are available on July 16, 17, and 18 (and unavailable on July 19 and 20), if those dates are available on the Court's calendar.

    The Government, by Assistant United States Attorney Aline Flodr, consents to this adjournment request. The parties have been working closely together to reach a disposition of this matter. To finalize those conversations, I ask for this extension. (Additionally, undersigned counsel now has a scheduling conflict with the currently-scheduled date.)

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act, for the reasons detailed herein.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Darryl Bowie

                                              **SO ORDERED:**

                                              _____
                                              **HONORABLE RONNIE ABRAMS
                                              United States District Judge**

cc:    Aline Flodr, Assistant United States Attorney